ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
VELOCITY EXPRESS, LLC.

CHRISTOPHER P. RIDOUT, Bar No. 143931
c.ridout@ridoutlyonlaw.com
RIDOUT & LYON, LLP
555 Ocean Boulevard, Suite 500
Long Beach, CA  90802
Telephone:   (562) 216-7380
Facsimile:    (562) 216-7385

Attorneys for Plaintiffs
PHILLIP FLORES, DARAH DOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC., a Delaware limited liability company, and DOES 1-10,<br><br>Defendants. | Case No.  3:12-cv-05790-LB<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br><br><br>Complaint Filed:  November 9, 2012<br>Amended Complaint Filed:  January 8, 2013 |

Plaintiffs Phillip Flores and Darah Doung ("Plaintiffs") and Defendant Velocity Express, LLC (Defendant) through their respective counsel, hereby stipulate to and request that the

**STIP AND [PROPOSED] ORDER
CONTINUING CMC**

**CASE NO. 3:12-CV-05790-LB**

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

Court order that the initial Case Management Conference be continued to March 1, 2013 or the earliest date thereafter set by the Court.

1. Pursuant to the Court's Order Setting Case Management Conference, the initial Case Management Conference in this action is set for February 22, 2013 at 8:30 a.m. in Courtroom 6, 17th floor, 450 Golden Gate Avenue, San Francisco, California. Other case management deadlines precede and are set in relation to the Case Management Conference.

2. Counsel currently has a scheduling conflict and will be unable to attend the Case Management Conference set for February 22, 2013. Counsel conferred regarding the conflict and agreed to propose to the Court moving the Case Management Conference one week to accommodate this scheduling conflict.

3. There have been no previous time modifications related to the Case Management Conference or related case management activities in this case.

4. The parties expect that the requested extension of the date for the Case Management Conference will have no adverse effect on the schedule for the case. No trial date or other deadlines have yet been set.

Therefore, Plaintiffs and Defendant, through their respective counsel, stipulate and agree as follows:

1. The Case Management Conference date of February 22, 2013 and related deadlines are vacated.

//
//
//

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**STIP AND [PROPOSED] ORDER CONTINUING CMC**    2.    **CASE NO. 3:12-CV-05790-LB**

2. The Case Management Conference date is extended to March 1, 2013 at 8:30 a.m. or to the earliest date thereafter set by the Court.

3. Related deadlines for case management activities are extended accordingly.

Dated: January 18, 2013    Dated: January 18, 2013

*Christopher P. Ridout*
CHRISTOPHER P. RIDOUT
RIDOUT & LYON, LLP

TIM BECKER (*pro hac pending*)
JOHNSON BECKER, PLLC

*Attorneys for Plaintiffs*
*PHILLIP FLORES, DARAH DOUNG*

*Robert G. Hulteng*
ROBERT G. HULTENG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
VELOCITY EXPRESS, LLC.

IT IS ORDERED that the Case Management Conference in this case formerly scheduled for February 22, 2013 at 8:30 a.m. is continued to March 01, 2013 at 8:30 a.m.

Dated: January 23, 2013

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

Firmwide:117678169.1 064752.1003

**STIP AND [PROPOSED] ORDER CONTINUING CMC**     3.     **CASE NO. 3:12-CV-05790-LB**