RIDOUT LYON + OTTOSON, LLP
Christopher P. Ridout, Esq. (SBN 143931)
Email: c.ridout@rlollp.com
Caleb LH Marker, Esq. (SBN 269721)
Email c.marker@rlollp.com
555 Ocean Boulevard, Suite 500
Long Beach, CA 90802
(562) 216-7380 Telephone
(562) 216-7385 Facsimile

Local Counsel for Plaintiffs
PHILLIP FLORES and DARAH DOUNG

ROBERT G. HULTENG, (SBN 071293)
rhulteng@littler.com
ANDREW M. SPURCHISE, (SBN 245998)
aspurchise@littler.com
EMILY E. O'CONNOR, (SBN 279400)
eoconnor@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
VELOCITY EXPRESS, LLC

[ADDITIONAL COUNSEL LISTED ON FOLLOWING PAGES]

**FILED**
JUN 17 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC, a Delaware corporation,<br><br>Defendant. | Case No.: 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING THE CLASS DEFINITION**<br><br>Complaint Filed:  November 9, 2012<br>FAC Filed:         January 8, 2013 |

Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801

Jason J. Thompson (MI Bar No. P47184)
jthompson@sommerspc.com
Jesse L. Young (MI Bar No. P72614)
jyoung@sommerspc.com
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
Telephone: (248) 355-0300

Trial Counsel for Plaintiffs
PHILLIP FLORES and DARAH DOUNG

**STIPULATED REQUEST FOR ORDER CHANGING THE CLASS DEFINITION**

Pursuant to Local Rule 7-12, the Parties hereby stipulate to change the class definition in the *Amended Order Conditionally Certifying Collective Action, Approving Proposed Class Notice, and Appointing Interim Class Counsel*, Dkt. No. 58 filed June 7, 2013 ("*Amended Order*"). This change of class definition is requested to clarify the appropriate entity involved in this action.

By way of letter, on June 5, 2013, counsel for Defendant requested the Court to correct the class definition by removing the language "are or were employed." In so doing, counsel for Defendant inadvertently listed the wrong entity in the class definition. On June 7, 2013, the Court entered its *Amended Order* adopting the class definition proposed by counsel for Defendant, thereby incorporating the wrong entity.

On June 7, 2013, the Parties conducted a meet and confer to address the appropriate entity that is to be named in the class definition.

The parties have agreed to the following:

1. Velocity Express, Inc. is a defunct company and is not a party to this action.

2. Velocity Express, LLC is the proper Defendant in this action.

3. The class should be defined as follows:

All current and former delivery drivers of *Velocity Express, LLC* who signed the 2009 Master "Independent Contractor Agreement," and who have delivered goods to its clients at any time in the last three years, worked over eight hours per workday or 40 hours per workweek, and were not paid a minimum wage or overtime for hours worked over 40 in a workweek or hours worked over 8 in a workday.

As such, the Parties request the Court grant this stipulation and change the class definition to name the appropriate entity. All prior dates set by the Court remain the same.

Dated: June 10, 2013

/s/ Christopher P. Ridout
CHRISTOPHER P. RIDOUT
CALEB LH MARKER
RIDOUT LYON + OTTOSON, LLP
Local Counsel for Plaintiffs
PHILLIP FLORES and DARAH DOUNG

Dated: June 10, 2013

/s/ Timothy J. Becker
Timothy J. Becker
Jacob Rusch
JOHNSON BECKER, PLLC
Trial Counsel for Plaintiffs
PHILLIP FLORES and DARAH DOUNG

Dated: June 10, 2013

/s/ Andrew M. Spurchise
ROBERT G. HULTENG
ANDREW M. SPURCHISE
EMILY E. O'CONNOR
Littler Mendelson, P.C.
Attorneys for Defendant
VELOCITY EXPRESS, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED, this 17th of June 2013.

_____
HONORABLE JON S. TIGAR