UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VELOCITY EXPRESS, LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-05790-JST<br><br>**ORDER VACATING SCHEDULING ORDER, CONTINUING DISCOVERY, AND SETTING HEARING AND BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 135 |

Pursuant to the parties' Joint Case Management Statement, ECF No. 135, the case management conference set for June 4, 2014 and the schedule set forth in ECF No. 122 are hereby VACATED.

The court also sets a hearing on the parties' anticipated motion regarding successor liability on Thursday, December 4, 2014 at 2:00 p.m. Pursuant to Civil Local Rule 7-2, any dispositive motion relating to successor liability shall be filed no later than October 29, 2014. Any opposition to the motion shall be filed no later than November 13, 2014, and any reply shall be filed no later than November 20, 2014. Civil L.R. 7-3.

If the parties believe that a longer briefing schedule is appropriate, they must submit a stipulation and proposed order with a proposed alternative schedule no later than June 30, 2014. Any revised schedule must still require that a reply brief be filed by November 20, 2014, and that the hearing take place on December 4, 2014.

**IT IS SO ORDERED.**

Dated: May 30, 2014

                                              JON S. TIGAR
                                           United States District Judge