1  Timothy J. Becker (MN Bar No. 256663)
2  tbecker@johnsonbecker.com
   Jacob R. Rusch (MN Bar No. 391892)
3  jrusch@johnsonbecker.com
   JOHNSON BECKER, PLLC
4  33 South Sixth Street, Suite 4530
   Minneapolis, Minnesota 55402
5  Telephone: (612) 436-1800
   Fax: (612) 436-1801
6

7  *Trial Counsel for Plaintiffs*

8  Robert G. Hulteng, Bar No. 071293
   rhulteng@littler.com
9  Andrew M. Spurchise, Bar No. 245998
10 aspurchise@littler.com
   LITTLER MENDELSON, P.C.
11 650 California Street, 20th Floor
   San Francisco, California 94108.2693
12 Telephone: (415) 433-1940
   Fax: (415) 399-8490
13

14 *Attorneys for Defendants*

15                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals, | Case No. 3:12-cv-05790-JST |
| | *Assigned for all purposes to the Honorable Jon S. Tigar* |
| Plaintiffs, | |
| v. | **JOINT STIPULATION TO CHANGE CASE MANAGEMENT CONFERENCE DATE** |
| VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC, | |
| | Complaint Filed: November 9, 2012 |
| | FAC Filed: January 8, 2013 |
| | SAC Filed: July 17, 2013 |
| Defendants, | TAC Filed: March 28, 2013 |
| | 4th AC Filed: June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

| JOINT STIPULATION TO CHANGE CMC DATE | 1 | **CASE NO. 3:12-CV-05790-JST** |
|---|---|---|

The Parties through their respective attorneys of record respectfully request the Case Management Conference currently scheduled for May 20, 2015, be continued until June 10, 2015.

Counsel are unavailable on the Court's regular Case Management schedule for Wednesday May 20, May 27, and June 3 due to pre-existing obligations. Accordingly, the Parties conducted a short meet-and-confer regarding the proposed change in schedule and have agreed to continue the Case Management Conference to Wednesday, June 10, 2015, subject to the Court's approval.

In the event the Court approves the continuance, Counsel shall provide a Joint Case Management Statement to the Court no later than 10 court days before the new Case Management Conference date of June 10, 2015, pursuant to the Court's Standing Order for all civil cases.

**SO STIPULATED.**

Dated: May 8, 2015

/s/ Timothy J. Becker
Timothy J. Becker
Jacob Rusch
JOHNSON BECKER, PLLC
*Trial Counsel for Plaintiffs*

Dated: May 8, 2015

/s/ Andrew M. Spurchise
ROBERT G. HULTENG
ANDREW M. SPURCHISE
EMILY E. O'CONNOR
Littler Mendelson, P.C.
*Attorneys for Defendants*

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Jacob Rusch, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Alexander H. Scherbatskoy that the content of this Joint Stipulation is acceptable to all persons required to sign it. I declare that this Stipulation was signed in Minneapolis, Minnesota, on May 8, 2015.

/s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: _____May 8_____, 2015

IT IS SO ORDERED

Judge Jon S. Tigar

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*