Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801

*Trial Counsel for Plaintiffs*

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Andrew M. Spurchise, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: (415) 433-1940
Fax: (415) 399-8490

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br> v. <br><br> VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC, <br><br> Defendants, | Case No. 3:12-cv-05790-JST <br><br> *Assigned for all purposes to the Honorable Jon S. Tigar* <br><br> **JOINT STIPULATION TO COMBINE CASE MANAGEMENT CONFERENCE AND MOTION HEARING DATES** <br><br> Complaint Filed: November 9, 2012 <br> FAC Filed: January 8, 2013 <br> SAC Filed: July 17, 2013 <br> TAC Filed: March 28, 2013 <br> 4th AC Filed: June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

| | | |
|---|---|---|
| **JOINT STIPULATION TO COMBINE CMC AND MOTION HEARING DATES** | 1 | **CASE NO. 3:12-CV-05790-JST** |

1
2
3
4
5
6
7

The Parties through their respective attorneys of record respectfully request that the Court combine the Case Management Conference, currently scheduled for June 10, 2015, and the hearing on Defendants' Motion Pursuant to 28 U.S.C. § 1292(b), currently scheduled for June 25, 2015. Given the close proximity of the two hearing dates, and the expense of travel to the San Francisco Bay Area, the Parties propose the Court conduct both the CMC and the Motion hearing on Thursday, June 25, 2015.

8
9

Subject to the Court's approval, the Parties further stipulate to provide a Joint Case Management Statement to the Court no later than June 11, 2015.

10
11

**SO STIPULATED.**

12
13
14

Dated: May 18, 2015

/s/ Timothy J. Becker
Timothy J. Becker
Jacob R. Rusch
JOHNSON BECKER, PLLC
*Trial Counsel for Plaintiffs*

15
16
17
18

Dated: May 18, 2015

/s/ Andrew M. Spurchise
ROBERT G. HULTENG
ANDREW M. SPURCHISE
Littler Mendelson, P.C.
*Attorneys for Defendants*

19
20
21
22
23
24
25
26
27
28

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Jacob Rusch, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Alexander H. Scherbatskoy that the content of this Joint Stipulation is acceptable to all persons required to sign it. I declare that this Stipulation was signed in Minneapolis, Minnesota, on May 18, 2015.

/s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: ____May 19____, 2015

IT IS SO ORDERED

Judge Jon S. Tigar