UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VELOCITY EXPRESS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-05790-JST<br><br>**ORDER APPROVING PLAINTIFF QUESTIONNAIRE**<br><br>Re: Dkt. No. 183 |

The Court hereby approves the Plaintiff Questionnaire jointly submitted by the parties on September 17, 2015. ECF No. 183-1.

IT IS SO ORDERED.

Dated: September 24, 2015

　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge