Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801

*Trial Counsel for Plaintiffs*

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Andrew M. Spurchise, Bar No. 245998
aspurchise@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: (415) 433-1940
Fax: (415) 399-8490

*Attorneys for Defendants*

FILED
SEP 24 2015
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants, | Case Nos.: 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**CASE MANAGEMENT ORDER NO. 2: BELLWETHER TRIALS**<br><br>Complaint Filed: November 9, 2012<br>FAC Filed: January 8, 2013<br>SAC Filed: July 17, 2013<br>TAC Filed: March 28, 2013<br>4th AC Filed: June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

Pursuant to Case Management Order No. 1, the Parties agree to conduct three bellwether trials following the conclusion of the Plaintiff Questionnaire Process ("PQP" or "PQ") and prior to any entry of any decertification Order by this Court. As such, this Case Management Order governs the discovery and deadlines for the Bellwether Trials.

1. <u>Case Pool</u>: By March 25, 2016, the Parties shall identify a representative case pool ("Case Pool") consisting of six (6) total cases. Each side will select three (3) cases for inclusion in the Case Pool. Neither Party may select a Plaintiff for the Case Pool unless that Plaintiff produced a complete PQ no later than 120 days from the Court's approval of the PQ. Only completed PQs are to be produced to Defendants by Plaintiffs, and draft versions of PQs are not discoverable. In the event that Plaintiff voluntarily dismisses a Case Pool selection or Defendant agrees to settle a bellwether case before trial, the opposing Party shall select a substitute case from the Case Pool. The Party replacing the pick shall do so in a reasonable amount of time so as not to impact the schedule set forth herein. Defendants shall waive personal jurisdiction over the Case Pool Selections.

2. <u>Case-Specific Discovery</u>: Case-specific discovery on cases selected for the Case Pool shall commence on March 28, 2016, and will be completed by June 30, 2016, with discovery in each case being governed by the Federal Rules of Civil Procedure, the local rules of this Court, and any further discovery Order(s) of this Court. Case-specific discovery shall not include witnesses called solely for purposes of establishing damages, but damages testimony will be within the scope of the depositions listed above. Expert witnesses on damages shall be deposed after the Court identifies the representative trial cases. Plaintiffs will respond to written and document discovery regarding damages during case-specific discovery; however, such written discovery shall not duplicate information provided in the PQ.

Case-specific discovery on cases selected for the Case Pool may include reasonable written discovery targeted to adduce evidence related to the relationship between the individual Plaintiff and Defendants. For purpose of case-specific discovery, the Parties may serve written discovery on all Case Pool Plaintiffs and Defendants. For purposes of this section, the three Defendants shall be construed as one Defendant. Any discovery shall be reasonable and targeted in nature. Plaintiffs may take no more than five (5) depositions of Defendants in each Case Pool case, which may include, but are not limited to, executives, regional managers, terminal managers, supervisors, and dispatchers. The topics to be explored by way of these depositions shall be specific to the Case Pool case at issue and shall not be used to duplicate or otherwise expand the scope of general merits discovery contemplated by this, or any other, case management order. All depositions for Case Pool selections shall be completed on or before June 30, 2016. Defendants may take up to five (5) additional depositions, including the deposition of the Plaintiff whose case is selected as a Bellwether Trial.

3. <u>Selection of Cases for First Bellwether Tranche</u>: On August 5, 2016, at or before 5:00 p.m. Pacific Standard Time, each Party shall file with the Court its proposals for one (1) case from the opposing Party's selections to be included in the first wave of bellwether dispositive motions and trials (the "First Bellwether Tranche"). Plaintiffs will choose one (1) case from among the three (3) cases Defendants selected for inclusion in the Case Pool. Likewise, Defendants will choose one (1) case from among the three (3) cases Plaintiffs selected for inclusion in the Case Pool. Of the remaining four (4) cases in the Case Pool, the Court will select one (1) case to populate the First Bellwether Tranche with due regard for strength of case and geographic location. The Court will endeavor to make its selection on or before August 19, 2016. On or before September 1, 2016, each Party may file a response directed to the Court's selection. In total, the First Bellwether Tranche will include three (3) cases from the Case Pool.

The order of Bellwether Trials shall alternate between the Plaintiffs' and Defendants' picks, with the Plaintiffs' Case Pool selection being the first Bellwether Trial. In the event that a Plaintiff voluntarily dismisses a Case Pool selection or Defendants settle a bellwether case before trial, the opposing Party shall select a substitute case from the Case Pool. Delay, if any, will be limited to that reasonably necessary to prepare the new pick for trial. Any case resolved through summary adjudication or motion practice that results in a final judgment shall count as a "Trial Pick" for purposes of this paragraph.

4. <u>Expert Reports</u>: On or before May 2, 2016, the Parties will disclose, in writing, the identities of experts as required by Fed. R. Civ. P. 26(a)(2)(A), and will serve expert reports and other materials required by Fed. R. Civ. P. 26(a)(2)(B), for all cases in the First Bellwether Tranche (including case-specific expert reports, if any). Expert Rebuttal Reports, if any, shall be served on or before May 27, 2016. The Parties will make their designated experts available for deposition beginning June 20, 2016, through and including July 22, 2016.

5. <u>Dispositive Motions</u>: All dispositive motions shall be filed no later than September 16, 2016. All responses to those motions shall be filed no later than October 14, 2016, and all replies shall be filed no later than October 28, 2016. The Court will hold a hearing to consider these motions on or about November 7, 2016.

6. <u>Trial Schedule</u>: The first bellwether trial is anticipated to be ready for trial in early December 2016. The Bellwether Trials will be before a jury and the outcome of each Bellwether Trial will not have preclusive or inferential effect beyond the individual case being tried. The Court will issue a Scheduling Order governing all trial-related obligations, including motions in limine, on a future date.

7. <u>Schedule Pursuant to CMO No. 2</u>:

| Event | Deadline |
|---|---|
| Party identification of Case Pool selections | March 25, 2016 |
| Case-specific discovery for Case Pool selections begins | March 28, 2016 |
| Expert disclosures and reports | May 2, 2016 |
| Expert rebuttal reports | May 27, 2016 |
| Expert deposition period begins | June 20, 2016 |
| Case-specific discovery for Case Pool selections ends | June 30, 2016 |
| Expert deposition period ends | July 22, 2016 |
| Party identification of Bellwether Trial selections | August 5, 2016 |
| Court identification of Bellwether Trial selection | August 19, 2016 |

SO ORDERED.

Dated: 9/24/15 , 2015

_____
JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE