UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VELOCITY EXPRESS, LLC, et al.,<br><br>　　　　Defendant. | Case No.  12-cv-05790-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 191 |

　　　　The Court hereby grants Plaintiffs' request to appear by telephone at the case management conference scheduled for February 16, 2016 at 2:00 p.m.  Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

　　　　IT IS SO ORDERED.

Dated: February 3, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge