Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone: (612) 436-1800
Fax: (612) 436-1801

*Trial Counsel for Plaintiffs*

Robert G. Hulteng, Bar No. 071293
rhulteng@littler.com
Aurelio J. Perez, Bar No. 282135
aperez@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108.2693
Telephone: (415) 433-1940
Fax: (415) 399-8490

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants, | Case No. 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**JOINT STIPULATION TO AMEND EXPERT DATES**<br><br>Complaint Filed: November 9, 2012<br>FAC Filed: January 8, 2013<br>SAC Filed: July 17, 2013<br>TAC Filed: March 28, 2013<br>4th AC Filed: June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

The Parties through their respective attorneys of record respectfully request the Court extend the expert disclosure and report deadlines as set forth in Case Management Order ("CMO") No. 2. Since entry CMO No. 2, the Parties have conducted discovery of the Case Pool Selections, served written requests for the production of documents, and are collectively scheduling deposition dates.

The Parties have conducted several meet-and-confers regarding expert disclosures and reports pursuant to CMO No. 2—which inadvertently contemplated expert disclosures and reports due prior to the close of discovery.  Pursuant to CMO No. 1, discovery does not close until July 1, 2016.  As such, the Parties agree that expert disclosures and reports be due after the close of discovery.  No other dates will be affected by this change.  Discovery will still close on July 1, 2016, and the dispositive motion deadlines and trial dates will be unaffected.

Proposed amendments to CMO No. 2:

| Event | Deadline | New Deadline |
|---|---|---|
| Expert disclosures and reports | May 2, 2016 | July 15, 2016 |
| Expert rebuttal reports | May 27, 2016 | August 9, 2016 |
| Expert deposition period begins | June 20, 2016 | August 22, 2016 |
| Expert deposition period ends | July 22, 2016 | September 2, 2016 |

**SO STIPULATED.**

Dated: May 3, 2016          /s/ Timothy J. Becker
                            Timothy J. Becker
                            Jacob R. Rusch
                            JOHNSON BECKER, PLLC
                            *Trial Counsel for Plaintiffs*


Dated: May 3, 2016          /s/ Aurelio J. Perez
                            ROBERT G. HULTENG
                            AURELIO J. PEREZ
                            Littler Mendelson, P.C.
                            *Attorneys for Defendants*

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Jacob Rusch, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Aurelio J. Perez that the content of this Joint Stipulation is acceptable to all persons required to sign it. I declare that this Stipulation was signed in Minneapolis, Minnesota, on May 3, 2016.

/s/ Jacob R. Rusch
Jacob R. Rusch
JOHNSON BECKER, PLLC

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: __May 3_____, 2016

*IT IS SO ORDERED*
*Judge Jon S. Tigar*