| | |
|---|---|
| 1 | ROBERT G. HULTENG, Bar No. 071293 |
|   | rhulteng@littler.com |
| 2 | AURELIO J. PEREZ, Bar No. 282135 |
|   | aperez@littler.com |
| 3 | JESSICA X. ROTHENBERG, Bar No. 284823 |
|   | jrothenberg@littler.com |
| 4 | LITTLER MENDELSON, P.C. |
|   | 333 Bush Street, 34th Floor |
| 5 | San Francisco, California  94104 |
|   | Telephone:    415.433.1940 |
| 6 | Facsimile:     415.399.8490 |

Attorneys for Defendants
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
Telephone:    612.436.1800
Facsimile:     612.436.1801

Trial Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> VELOCITY EXPRESS, LLC a wholly-owned subsidiary of Dynamex Operations East, LLC, TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC, <br><br> Defendants. | Case No.  3:12-cv-05790-JST <br><br> *Assigned for all purposes to the Honorable Jon S. Tigar* <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE AN UPDATED JOINT CASE MANGEMENT STATEMENT** <br><br> **Date:       July 20, 2016** <br> **Time:       2 p.m.** <br> **Courtroom: 9** <br><br> **This document relates to all cases.** <br><br> Complaint Filed:                          Nov. 9, 2012 <br> 1st Amended Complaint Filed:     Jan. 8, 2013 <br> 2nd Amended Complaint Filed:    July 18, 2013 <br> 3rd Amended Complaint Filed:    Mar. 28, 2014 <br> 4th Amended Complaint Filed:    June 26, 2014 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

JT STIP & [PROPOSED] ORDER
EXTENDING TIME TO FILE JT CMC STMT

Case No. 3:12-cv-05790-JST

1  The Parties through their respective attorneys of record respectfully request that the
2  deadline to file an Updated Joint Case Management Statement, currently due July 13, 2016, be
3  continued until July 15, 2016.

4  Counsel for Plaintiffs will be in deposition on July 11 through July 13 and are
5  unavailable to finalize the Updated Joint Case Management Statement. Accordingly, the Parties
6  conducted a short meet-and-confer regarding the proposed change in schedule and have agreed to
7  continue the deadline to file an Updated Joint Case Management Statement to Friday, July 15, 2016
8  in advance of the July 20, 2016 Case Management Conference.

Dated: July 11, 2016

*/s/ Aurelio J. Perez*
AURELIO J. PEREZ
LITTLER MENDELSON, P.C.
Attorneys for Defendants
VELOCITY EXPRESS, LLC and
TRANSFORCE, INC. and DYNAMEX
OPERATIONS EAST, LLC

Dated: July 11, 2016

*/s/ Jacob R. Rusch*
TIMOTHY J. BECKER
JACOB R. RUSCH
JOHNSON BECKER, PLLC
Trial Counsel for Plaintiffs

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JT STIP & [PROPOSED] ORDER
EXTENDING TIME TO FILE JT CMC STMT

2.

Case No. 3:12-cv-05790-JST

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deadline to file an Updated Joint Case Management Statement, currently due July 13, 2016, be continued until July 15, 2016.

**IT IS SO ORDERED.**

Dated: July 12, 2016

_____
HONORABLE JON S. TIGAR

Firmwide:141418840.1 064752.1003

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

JT STIP & [PROPOSED] ORDER
EXTENDING TIME TO FILE JT CMC STMT

3.

Case No. 3:12-cv-05790-JST