Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
*Trial Counsel for Plaintiffs*

ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PEREZ, Bar No. 282135
aperez@littler.com
JESSICA X. ROTHENBERG, Bar No. 284823
jrothenberg@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490
*Attorneys for Defendants*
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No.  3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES, TRIAL DATE, AND ASSOCIATED DEADLINES**<br><br>**This document relates to all cases.**<br><br>Complaint Filed:            Nov. 9, 2012<br>1st Amended Complaint Filed:   Jan. 8, 2013<br>2nd Amended Complaint Filed:  July 18, 2013<br>3rd Amended Complaint Filed:   Mar. 28, 2014<br>4th Amended Complaint Filed:   June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

Having considered the Parties' Joint Stipulation to Extend Discovery Deadlines, Trial Date, and Associated Deadlines, the Court hereby orders as follows:

Good cause exists to justify an extension of the trial date and all associated dates in Case Management Order Nos. 1-3, and Dkt. No. 200, as set forth below.

IT IS HEREBY ORDERED that the trial date and all related deadlines are continued in this case as follows:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Case Pool Selection Discovery | August 30, 2016 | September 30, 2016 |
| Expert Disclosures and Reports | September 13, 2016 | October 14, 2016 |
| Expert Rebuttal Reports | October 10, 2016 | November 11, 2016 |
| Expert Deposition Period | October 21, 2016 – November 1, 2016 | November 14, 2016 – December 9, 2016 |
| Party Identification of Bellwether Trial Selections | October 4, 2016 | November 4, 2016 |
| Court Identification of Bellwether Trial Selection | October 18, 2016 | November 18, 2016 |
| Dispositive Motion Deadline | November 15, 2016 | December 16, 2016 |
| Trial Schedule | Early February 2016 | March 27, 2017 |

**IT IS SO ORDERED.**

Dated: July __27__, 2016

_____
HONORABLE JON S. TIGAR

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**       2       **CASE NO. 3:12-CV-05790-JST**