Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
*Trial Counsel for Plaintiffs*

ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
BYUNG-KWAN PARK, Bar No. 306719
bpark@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490
*Attorneys for Defendants*
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No. 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**[PROPOSED] ORDER GRANTING SECOND AND FINAL JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint Filed:  November 9, 2012<br>FAC Filed:         January 8, 2013<br>SAC Filed:         July 17, 2013<br>TAC Filed:         March 28, 2013<br>4th AC Filed:     June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

The Parties, through their respective attorneys of record, respectfully request the Court extend the discovery deadlines, trial date, and associated deadlines as set forth below. On July 27, 2016, the Court granted the Parties' first joint stipulation to extend certain discovery deadlines. *See* Dkt. No. 210. Since that time, the Parties have conducted numerous depositions, produced additional documents, and served and responded to various discovery and document production requests. Currently, the Parties' Case Pool selections are due on November 4, 2016, while the Court's selection date is November 18, 2016. The Parties have seven depositions scheduled in November (5 witnesses for Defendants and 2 witnesses for Plaintiffs). Additionally, Plaintiffs are preparing responses to Interrogatories and Document Requests for one Plaintiff, Timothy Clippard.

On October 4, 2016, Plaintiffs filed a Discovery Letter brief outlining various discovery disputes between the Parties. *See* Dkt. No. 216. Discovery matters were subsequently referred to Chief Magistrate Judge Joseph C. Spero on October 5, 2016. The Parties held an in-person meet-and-confer on October 26, 2016, in Chief Magistrate Spero's courtroom and resolved all outstanding disputes amicably. As a result, the Parties are now in the process of producing and reviewing the agreed-to discovery.

Without an extension of the discovery deadlines, the Parties will be unable to adequately prepare for trial selections, dispositive motions, and trial. The Parties are confident that no other extensions will be necessary to complete discovery. As such, and subject to the Court's approval, the Parties hereby stipulate to amend the deadlines in this case as follows:

| Matter | Current Date | Proposed Date |
| --- | --- | --- |
| Case Pool Selection Discovery | October 31, 2016[2] | December 2, 2016 |
| Expert Disclosures and Reports | November 18, 2016 | December 23, 2016 |
| Expert Rebuttal Reports | December 9, 2016 | January 13, 2017 |

---

[2] The Parties informally agreed to extend Case Pool Selection Discovery in September.

| | | |
|---|---|---|
| Expert Deposition Period | November 14, 2016 – December 9, 2016 | December 27, 2016 – January 13, 2017 |
| Party Identification of Bellwether Trial Selections | November 4, 2016 | December 9, 2016 |
| Court Identification of Bellwether Trial Selection | November 18, 2016 | December 16, 2016 |
| Dispositive Motion Deadline | December 16, 2016 | January 20, 2017 |
| Pretrial Conference | | May 26, 2017 |
| Trial Schedule | March 27, 2017 | June 5, 2017 |

**IIT IS SO ORDERED.**

Dated: November_8, 2016

_____
HONORABLE JON S. TIGAR