Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) 436-1800
Fax: (612) 436-1801
*Trial Counsel for Plaintiffs*

ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PEREZ, Bar No. 282135
aperez@littler.com
BYUNG-KWAN PARK, Bar No. 306719
bpark@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490
*Attorneys for Defendants*
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No.  3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**This document relates to all cases.**<br><br>Complaint Filed:              Nov. 9, 2012<br>1st Amended Complaint Filed:  Jan. 8, 2013<br>2nd Amended Complaint Filed:  July 18, 2013<br>3rd Amended Complaint Filed:  Mar. 28, 2014<br>4th Amended Complaint Filed:  June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

Having considered the Parties' joint stipulation to extend the dispositive motion deadline, the Court grants the parties' joint stipulation at ECF No. 236. The Court orders an extension of the dispositive motion deadline currently set at January 20, 2017 to be continued until February 8, 2017.

**IT IS SO ORDERED.**

Dated: January  11 , 2017

_____
HONORABLE JON S. TIGAR
United States District Judge