1  Timothy J. Becker (MN Bar No. 256663)
   tbecker@johnsonbecker.com
2  Jacob R. Rusch (MN Bar No. 391892)
   jrusch@johnsonbecker.com
3  JOHNSON BECKER, PLLC
   33 South Sixth Street, Suite 4530
4  Minneapolis, Minnesota 55402
   Telephone: (612) 436-1800
5  Fax: (612) 436-1801
   *Trial Counsel for Plaintiffs*
6
   Robert G. Hulteng, Bar No. 071293
7  rhulteng@littler.com
   Aurelio J. Pérez, Bar No. 282135
8  aperez@littler.com
   LITTLER MENDELSON, P.C.
9  333 Bush, 34th Floor
   San Francisco, California 94104
10 Telephone: (415) 433-1940
   Fax: (415) 399-8490
11 *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC[1], TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants, | Case No. 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**JOINT STIPULATION REGARDING PLAINTIFFS' EMERGENCY MOTION PURSUANT TO FED. R. CIV. P 56(E) [DKT 247]**<br><br>Complaint Filed:  November 9, 2012<br>FAC Filed:          January 8, 2013<br>SAC Filed:          July 17, 2013<br>TAC Filed:          March 28, 2013<br>4th AC Filed:      June 26, 2014 |

---

[1] Formerly Dynamex Operations East, Inc.

1   Following the telephonic Case Management Conference held on March 8, 2017, the Parties further discussed the evidentiary issues raised in Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment as to Misclassification and Willfulness that were raised during the case management conference.  *See generally* Dkt. Nos. 241-250.   In order to streamline the remaining evidentiary disputes, the Parties stipulate as follows:

1. Exhibits 1 and 4 (the archived websites) to the Declaration of Timothy J. Becker (*"Becker Dec."*) are not properly authenticated;

2. The deposition excerpts attached to the *Becker Dec.* are authentic copies of the transcripts created and produced in this case;

3. The deposition exhibits attached to the *Becker Dec.* are true and correct copies of the documents submitted during the depositions cited in the *Becker Dec.*; and

4. Defendants retain all other evidentiary objections raised in its opposition to the deposition transcripts and deposition exhibits including remaining disputes regarding foundation.

5. The parties further agree that, upon entry of order, no further action—including any further briefing by either party or hearing—is needed with regard to Plaintiffs' emergency motion [Dkt No. 248].

**SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated: March 8, 2017                    /s/ Jacob R. Rusch
                                           Timothy J. Becker
2                                          Jacob R. Rusch
                                           JOHNSON BECKER, PLLC
3                                          *Trial Counsel for Plaintiffs*

4

5  Dated: March 8, 2017                    /s/ Aurelio J. Perez
                                           Robert G. Hulteng
6                                          Aurelio J. Perez
                                           LITTLER MENDELSON, P.C.
7                                          *Attorneys for Defendants*

8

9  PURSUANT TO STIPULATION, IT IS SO ORDERED, this  9  of March 2017.

10

11                                         _____
                                           HONORABLE JON S. TIGAR

**JT. STIP RE PLTFS' EMERGENCY RULE 56(E) MTN**                3                    **CASE NO. 3:12-CV-05790-JST**
FIRMWIDE:146262793.2 064752.1003