UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDE K BOCONVI, et al.,<br>    Plaintiffs,<br>v.<br>VELOCITY EXPRESS, LLC, et al.,<br>    Defendants. | Case No. 17-cv-02623-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 1 |

On May 5, 2017, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Tigar in *Flores et al v. Velocity Express LLC et al.*, No. 3:12-cv-05790-JST to determine whether it is related to *Boconvi et al v. Velocity Express, LLC et al.*, No. 4:17-cv-02623-DMR.

**IT IS SO ORDERED.**

Dated: May 8, 2017

Donna M. Ryu
United States Magistrate Judge