ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO J. PÉREZ, Bar No. 282135
aperez@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: (415) 433-1940
Fax: (415) 399-8490

Attorneys for Defendants
VELOCITY EXPRESS, LLC and TRANSFORCE,
INC. and DYNAMEX OPERATIONS EAST, LLC

Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street Suite 1800
Saint Paul, Minnesota 55102
Telephone:    612.436.1800
Facsimile:    612.436.1801

Trial Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS, LLC, a wholly-owned subsidiary of Dynamex Operations East, LLC, TRANSFORCE, INC., and DYNAMEX OPERATIONS EAST, LLC,<br><br>Defendants. | Case No.  3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**STIPULATION TO EXTEND CASE MANAGEMENT ORDER DEADLINES**<br><br>Complaint Filed:                         Nov. 9, 2012<br>1st Amended Complaint Filed:   Jan. 8, 2013<br>2nd Amended Complaint Filed:  July 18, 2013<br>3rd Amended Complaint Filed:   Mar. 28, 2014<br>4th Amended Complaint Filed:   June 26, 2014 |

STIP TO EXTEND CMO DEADLINES

Case No. 3:12-cv-05790-JST

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1  THIS STIPULATION is hereby entered into by and between Plaintiffs PHILLIP FLORES
2  and DARAH DOUNG ("Plaintiffs") and Defendants VELOCITY EXPRESS, LLC, TRANSFORCE,
3  INC. and DYNAMEX OPERATIONS EAST, LLC, ("Defendants", collectively the "Parties")[1]
4  through their authorized counsel, with respect to the following:

5  WHEREAS, the Parties previously worked to develop a case management plan to cover the
6  litigation of the approximate 365 Plaintiffs in this action, which plan was memorialized in a
7  Proposed Case Management Order #4 ("CMO 4"). *See* Dkt. No. 297;

8  WHEREAS, this Court adopted CMO 4 with modification. *See* Dkt. No. 300.

9  WHEREAS, following further progress in the litigation, the Parties submitted a revised CMO
10 #4 that included specific deadlines for periods of Tranche 1 discovery and litigation. *See* Dkt. No.
11 304 at pg. 6.

12 WHEREAS, per the revised CMO #4, discovery for Tranche 1 closes on November 12, 2018
13 and the Parties have been working to schedule numerous Tranche 1 depositions. The Parties
14 recognize and agree that these depositions will require the investment of significant time and
15 resources by all Parties.

16 WHEREAS, the Parties have also continued to negotiate regarding a potential resolution of
17 this action and *Boconvi v. TFI International Inc. et al.* (Case No.: 3:17-cv-02623-JST), which is
18 currently on appeal.

19 WHEREAS, the Parties have agreed to return to mediation and, indeed, scheduled a
20 mediation on September 18, 2018 with Mark Rudy, a noted class action mediator who previously
21 mediated between the parties.

22 WHEREAS, all Parties recognize that the substantial costs associated with dozens of further
23 depositions are likely to reduce the prospects of a successful mediation and, further, that the logistics
24 related to scheduling a significant number of further depositions will limit the Parties' abilities to
25 simultaneously commit sufficient resources to mediating the case.

---

[1] On August 10, 2018 the Parties filed a stipulation to amend the case caption to account for a number of corporate renaming and conversion processes that occurred with Defendants. *See* DKT No. 317. Pending the Court's approval of that stipulation, Defendants submit this stipulation under the names of the current case caption.

STIP TO EXTEND CMO DEADLINES     1.     Case No. 3:12-cv-05790-JST

ACCORDINGLY, the Parties request a short extension to the deadlines of CMO #4 in order to permit the parties to mediate and, with hope, resolve the claims in this action and the related *Boconvi* case. The current and proposed deadlines are set forth in the table pasted below:

| **Description** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Discovery Period for Tranche 1 Closes** | 11/12/18 | 12/21/18 |
| **Dispositive Motion Deadline** | 12/10/18 | 01/18/19 |
| **Discovery Period for Tranche 2 Opens** | 12/10/18 | 01/18/19 |
| **Dispositive Motion Opposition Deadline** | 12/31/18 | 02/08/19 |
| **Defendants Identify Terminal/Area/Regional Managers for Tranche 2** | 01/09/19 | 02/18/19 |
| **Dispositive Motion Reply Deadline** | 01/14/19 | 02/22/19 |

**IT IS SO STIPULATED.**

Dated: September 4, 2018          */s/ Aurelio J. Pérez*
                                  ROBERT G. HULTENG
                                  AURELIO J. PÉREZ
                                  PAUL E. GOATLEY
                                  LITTLER MENDELSON, P.C.
                                  Attorneys for Defendant
                                  TF FINAL MILE, LLC

Dated: September 4, 2018          */s/ Jacob R. Rusch*
                                  TIMOTHY J. BECKER
                                  JACOB R. RUSCH
                                  JOHNSON BECKER, PLLC
                                  Trial Counsel for Plaintiffs

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP TO EXTEND CMO DEADLINES     2.     Case No. 3:12-cv-05790-JST

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation and for good cause shown, the deadlines related to Tranche 1 discovery and litigation are extended as set forth in the table pasted below:

| Description | Previous Deadline | New Deadline |
|---|---|---|
| **Discovery Period for Tranche 1 Closes** | **11/12/18** | **12/21/18** |
| **Dispositive Motion Deadline** | **12/10/18** | **01/18/19** |
| **Discovery Period for Tranche 2 Opens** | **12/10/18** | **01/18/19** |
| **Dispositive Motion Opposition Deadline** | **12/31/18** | **02/08/19** |
| **Defendants Identify Terminal/Area/Regional Managers for Tranche 2** | **01/09/19** | **02/18/19** |
| **Dispositive Motion Reply Deadline** | **01/14/19** | **02/22/19** |

**IT IS SO ORDERED.**

Dated: \_\_\_\_September 6\_\_\_\_, 2018

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

STIP TO EXTEND CMO DEADLINES 3. Case No. 3:12-cv-05790-JST

**ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)**

I, Aurelio J. Pérez, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Jacob R. Rusch that the content of this Joint Stipulation is acceptable to all persons required to sign it.

Dated: September 4, 2018

*/s/ Aurelio J. Perez*
PAUL E. GOATLEY
LITTLER MENDELSON, P.C.

Firmwide:156847010.2 064752.1003

STIP TO EXTEND CMO DEADLINES — 4. — Case No. 3:12-cv-05790-JST

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940