ROBERT G. HULTENG, Bar No. 071293
rhulteng@littler.com
AURELIO PEREZ, Bar No. 282135
aperez@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendants


Timothy J. Becker (MN Bar No. 256663)
tbecker@johnsonbecker.com
Jacob R. Rusch (MN Bar No. 391892)
jrusch@johnsonbecker.com
JOHNSON BECKER, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55102
Telephone: 612.436.1800
Facsimile: 612.436.1801


Trial Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES and DARAH DOUNG, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>TFI INTERNATIONAL INC., a Foreign Corporation, F/K/A TRANSFORCE INC., a Foreign Corporation, and TFORCE FINAL MILE, LLC, a Foreign Limited Liability Company, F/K/A TF FINAL MILE, LLC, a Foreign Limited Liability Company, F/K/A DYNAMEX OPERATIONS EAST, LLC, a Foreign Limited Liability Company, F/K/A DYNAMEX OPERATIONS EAST, INC., a Foreign Corporation,<br><br>Defendant. | Case No. 3:12-cv-05790-JST<br><br>*Assigned for all purposes to the Honorable Jon S. Tigar*<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR SUBMISSION OF PARTIES' PROPOSED SETTLEMENT**<br><br>Complaint Filed: Nov. 9, 2012<br>1st Amended Complaint Filed: Jan. 8, 2013<br>2nd Amended Complaint Filed: July 18, 2013<br>3rd Amended Complaint Filed: Mar. 28, 2014<br>4th Amended Complaint Filed: June 26, 2014 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

ORDER RE PROPOSED SETTLEMETN

CASE NO. 3:12-CV-05790-JST

The Parties have been working on drafting a Settlement Agreement, Motion for Approval, and exhibits related to both. Currently, the deadline to file the Motion is October 23 with an approval hearing on November 15, at 2:00 p.m.

The Parties request permission to amend the filing deadline three days to October 26, but keep the November 15 approval hearing date as currently scheduled. Due to schedules of lead Counsel, and a conflicting mediation scheduled for October 22, the Parties have been unable to complete the motion papers and exhibits. While the Parties have made considerable progress towards drafting a Settlement Agreement and Release, the Parties cannot meet-and-confer via phone conference until the current filing deadline, October 23. The added three days will allow the Parties to meet-and-confer to finalize the motion papers.

IT IS HEREBY ORDERED that the Parties file a Motion and supporting memorandum outlining the proposed settlement terms by October 26, 2018. The hearing on the Parties' motion for approval of the settlement shall remain November 15, 2018 at 2 p.m. as scheduled.

**SO STIPULATED.**

Dated: October 22, 2018

/s/ Jacob R. Rusch
Timothy J. Becker
Jacob R. Rusch
JOHNSON BECKER, PLLC
*Trial Counsel for Plaintiffs*

Dated: October 22, 2018

/s/ Aurelio J. Perez
ROBERT G. HULTENG
AURELIO J. PEREZ
LITTLER MENDELSON, P.C.
*Attorneys for Defendants*

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

AMENDED ORDER RE PROPOSED SETTLEMETN — 2. — CASE NO. 3:12-CV-05790-JST

# **PROPOSED ORDER**

Pursuant to the Parties' stipulation and for good cause shown, the filing deadline for the Parties settlement approval motion and attending exhibits is extended 3 days, to October 26, 2018. The November 15, 2018 hearing date remains as scheduled.

**IT IS SO ORDERED.**

Dated: October  23 , 2018

_____
HONORABLE JON S. TIGAR

AMENDED ORDER RE PROPOSED SETTLEMETN 3. CASE NO. 3:12-CV-05790-JST

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

## ATTESTATION FOR COMPLIANCE WITH CIVIL L.R. 5-1(i)(3)

I, Jacob R. Rusch, declare under penalty of perjury and pursuant to the laws of California and the United States that I have in my possession e-mail correspondence from Aurelio J. Perez that the content of this Joint Stipulation is acceptable to all persons required to sign it.

Dated: October 22, 2018

/s/ Jacob R. Rusch
Jacob R. Rusch
Johnson Becker, PLLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

AMENDED ORDER RE PROPOSED SETTLEMETN
4.
CASE NO. 3:12-CV-05790-JST