United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP FLORES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>TFI INTERNATIONAL INC., et al.,<br><br>   Defendants. | Case No. 3:12-cv-05790-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 345 |

Pursuant to the Order Granting Motion for Colletive Action Settlement and Attorneys' Fees and Costs signed April 17, 2019,  judgment is hereby.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 17, 2019

Susan Y. Soong
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR